Submitted on record and briefs February 26, reversed and remanded for reconsideration March 31, 1993

In the Matter of the Compensation of
Jeffrey L. Benzinger, Claimant.

## NEIL KELLY CO.
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Jeffrey L. BENZINGER,
*Respondent.*

(WCB No. 91-04698; CA A75216)

848 P2d 152

Alexander D. Libman, Portland, filed the brief for petitioners.

Kevin Keaney, Portland, filed the brief for respondent. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).